ATLANTIC SUBURBAN GAS AND FUEL COMPANY, respondent,

*v.*

HARRY H. JOHNSON, appellant.

[Submitted March 6th, 1913.   Decided May 9th, 1913.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported *ante p. 351.*

*Messrs. Thompson & Smalhers,* for the respondent.

*Messrs. Bolte & Sooy,* for the appellant.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, · BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, HEPPENHEIMER, TERHUNE —14.

*For reversal*—None